UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Momentum Consulting LLC

Debtor(s).

Case No. 24-11236
Chapter 11

Change of Address Form pursuant to L.B.R. 4002-1(a)[1] and 4002-2

1. This form is being filed by (check box):

☐ Debtor to change address

☑ Debtor to change a creditor's address  TD Bank North N.A.
(Name of Creditor)

☐ Party in Interest to change address _____
(Name of Party in Interest)

2. Provide your telephone number: 518-687-1648

3. Is there another case or adversary proceeding related to this case?

☑ NO   ☐ YES – If yes, provide the related case or adversary proceeding number AND file this form on the dockets of the related proceeding(s) as well as the docket of this Case.

4. Original Address: TD Bank North NA, 70 Gray Road
Falmouth, ME 04105-229

5. Current Address: TD Bank, 2211 Congress Street, Suite 380
Portland, ME 04102-1942

I hereby certify under penalty of perjury that the above information is true.

Dated: 1/20/25      Signature: _____
Print Name: Michael L. Boyle

---

[1] To change the address of debtor's counsel, see LBR 4002-1(b).

OLR: 4002 (10-14-2021)